# Affidavit of Process Server

United States District Court, Southern District of Florida, State of FL
(NAME OF COURT)

| Liberty Media Holdings, LLC | vs John Does 1-20, et al. | 1:11-cv-21525-KMM |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Shawn Mazzerle, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Daniel Hendrix__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Amended Complaint, Exhibit A - Copyright Certificate of Registration, Summons

by leaving with _____ At
NAME                    RELATIONSHIP

☒ Residence  2722 NW 52nd PL,  Gainesville, FL
ADDRESS                CITY / STATE

☐ Business _____
ADDRESS                CITY / STATE

On  9/28/2011   AT   12:15 PM
DATE                   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __7th__ day of __October__, 20__11__, by __Shawn Mazzerle__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

STEVE LEHR
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE042407
Expires 1/2/2015

NOTARY PUBLIC for the state of _____

OL# 1762966