# Affidavit of Process Server

United States District Court, Southern District of Florida, State of FL
(NAME OF COURT)

Liberty Media Holdings, LLC vs John Does 1-20, et al.
PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT

Case Number: 1:11-cv-21525-KMM

I, **Shawn Mazzerle**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Giancarlo Blandon**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Amended Complaint, Exhibit A - Copyright Certificate of Registration, Summons

by leaving with **Daniel Henrix**, Co-Tenant, Co-Occupant
NAME / RELATIONSHIP

☒ Residence  2722 NW 52nd PL  Gainesville, FL
ADDRESS / CITY / STATE

☐ Business _____ ADDRESS _____ CITY / STATE

On  9/28/2011  AT  12:15 PM
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ CITY _____ STATE _____ ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☒ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

SUBSCRIBED AND SWORN to before me this __7th__ day of __October__, 20__11__, by __Shawn Mazzerle__
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF PROCESS SERVER

SIGNATURE OF NOTARY PUBLIC

STEVE LEHR
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE048407
Expires 1/2/2015

NOTARY PUBLIC for the state of _____

OL# 1762965