UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  1:11-cv-21525-KMM

LIBERTY MEDIA HOLDINGS, LLC

    Plaintiff,

v.

BITTORRENT SWARM, et al.,

    Defendants.

_____/

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRAVIS KING

Plaintiff, Liberty Media Holdings, LLC (hereinafter "LMH"), by and through its undersigned counsel, respectfully files this Notice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Plaintiff LMH voluntarily dismisses **without prejudice** Defendant Travis King from the above-captioned matter.  As Mr. King is the sole remaining defendant after this Court's severance order of November 1, 2011 (Doc. No. 58), LMH suggests that this Action is now fully terminated.

Dated:  November 15, 2011

Respectfully submitted,

RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131-1815
Telephone:  (305) 479-2491
Facsimile:  (305) 397-2772

  *s/Jason A. Fischer*
Marc J. Randazza (625566)
mjr@randazza.com
Jason A. Fischer (68762)
jaf@randazza.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 15th day of November, 2011, a true and correct copy of the foregoing has been filed with the Clerk using the Court's CM/ECF system, which will send electronic notifications to each of the parties and counsel of record listed below.

                                                                  _s/Jason A. Fischer_

## SERVICE LIST

Travis King
c/o Joel B. Rothman
Arnstein & Lehr LLP
515 North Flagler Drive
Northbridge Centre – 6th Floor
West Palm Beach, Florida 33401

Antony Caplick
c/o Scott E. Siverson, Esq.
7380 Sand Lake Road, Suite 500
Orlando, Florida 32819

Giancarlo Blandon
c/o Bradford A. Patrick, Esq.
Law Office of Bradford A. Patrick, PA
3001 North Rocky Point Drive East, Ste 200
Tampa, Florida 33607

Daniel Hendrix
c/o Bradford A. Patrick, Esq.
Law Office of Bradford A. Patrick, PA
3001 North Rocky Point Drive East, Ste 200
Tampa, Florida 33607